THE PEOPLE ex rel. ALFRED VINSON, Relator-Appellant, v. JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 58617; )

First District (3rd Division)—October 18, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Richard Kling, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Bernard Deeny, Assistant State's Attorneys, of counsel,) for the People.